To whom it may concern



2-18CV-105-D

Filling this lawsuit on the behave of myself Tierra Cherelle Irlgoyen Mendoza has an being falsely accused on an incident that a occurred

On Nov 8th 2018 by an officer that works for the Amarillo Police Department I was arrested for being under the Influence of Alcohol and Narcotics

Has stated by the police officer. I explain to the officer that wouldn't put my 2 yrs. son and danger in any kind of way to danger him that my power steering was out of my car which I had to park across the street so I can still

Have away getting out due not having a hard time getting out of the parking lot less trouble i was just going to my job just to pick up my check and go about my way by being under the influence of alcohol.

And that I don't used any kind of narcotics there was a call given by an individual to the dispatch officer that was called to my place of employment at my place of employment at

Legacy Rehabilitation living by a false police report there was no Alcohol and Narcotics in my system due to being arrested on Nov 8th 2018. Base on listening to the dispatch officer

I pass doing the alcohol test and I have proven there was no narcotics and my system there was not enough evidence to sustain the case .I was racial profiled by the act of the officer and cause

Pain and Suffering, Traumatized by the act of the officer doing by causing my children to be taken into Amarillo Family Protective Service's which caused more stress due to me losing my job an children

and having my car towed and impounded wanting paying fees for having my car towed and the time I lose my job and Nov 8th 2018 and due to being 6 months causing me a hard time to still to provide for myself and my children until now still unstable going through counseling due to being traumatized and still

Under stress due to the incident that occurred by the officer facing hardship at this time due to not having the relationship with my children. Wanting this lawsuit to be put into consideration the way i was treated

due to the way I was treated by the officer which i had no rights of through I wasn't a citizen of the United States of America and the hurt and pain that my kids are facing at the time of hardship them being away from their Mother

Since they own since they was born.



Sincerely, Tierra Cherelle Irigoyen Mendoza

5/30/2018

Therefore the reason I cant affords the for the costing fees of the court due to me losing my job Nov 8th and being 6 months due to being arrested on falsely accursed charge

And having my children taken into states custody under Emotional Distress Etc., still under doctors care that still keeps me for not returning to work being hospitalized

After given birth after the baby was born due malpractice performance.

Tiera Mendoza
88 Jourdan drive Apt 88B
Dumas AR 71639

RECEIVED
JUN - 4 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States Direct Court
205 SE 5th Avenue Room 133
Amarillo TX, 79101-1559

U.S. POSTAGE PAID
DUMAS, AR
71639
JUN 01 18
AMOUNT
$0.92
R2305E125753-05

79101

7910161559 0003

