IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TIERRA C. IRIGOYEN MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-105-D |
| | § | |
| AMARILLO TEXAS POLICE | § | |
| DEPARTMENT, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the November 6, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's November 20, 2018 objections, the court concludes the magistrate judge's findings and conclusions are correct and they are therefore adopted. Treating her letter, filed October 19, 2018, as a motion, the motion is denied.

**SO ORDERED**.

February 28, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE