IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TIERRA C. IRIGOYEN MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-105-D |
| | § | |
| AMARILLO TEXAS POLICE DEPARTMENT, et al., | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

For the reasons set out in an order filed today, it is ordered and adjudged that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B).

Done at Amarillo, Texas February 28, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE